# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Armani Lawrence Moseley, | ) | Case No. 1:22-cr-064 |
| | ) | |
| Defendant. | ) | |

On October, 31, 2022, Defendant's retained counsel, Robert Bolinkse, Jr., filed (1) a motion to withdraw as counsel of record for Defendant, and (2) a "Stipulation to Rel[e]ase Counsel." (Doc Nos. 75, 76).

For good cause shown, the court **GRANTS** the motion to withdraw (Doc. No. 75) and authorizes attorney Robert Bolinkse, Jr. to withdraw as counsel of record for Defendant.

On August 19, 2022, the court determined that Defendant qualified for representation under 18 U.S.C. § 3006A and appointed attorney Robert Quick to represent Defendant in this matter. (Doc. No. 57).  It subsequently allowed attorney Quick to withdraw when Defendant retained attorney Bolinske.  (Doc. Nos.  66, 67).  The court finds that Defendant remains qualified for representation under 18 U.S.C. § 3006A.  Attorney Quick is therefore reappointed to represent Defendant in this matter and shall be substituted as counsel of record for Defendant.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2022.

*/s/ Clare R. Hochhlater*
Clare R. Hochhalter, Magistrate Judge
United States District Court